# United States Court of Appeals for the Federal Circuit

_____

December 8, 2017

**ERRATA**

_____

Appeal No. 2016-2000

**UNILOC USA, INC., UNILOC LUXEMBOURG S.A.,**
*Appellants*

**v.**

**SEGA OF AMERICA, INC., UBISOFT, INC., KOFAX, INC., CAMBIUM LEARNING GROUP, INC.,**
*Appellees*

Decided:  October 23, 2017
Non-precedential Opinion

_____

Please make the following changes:

Page 5, lines 26-29, delete the sentence:
Under pre-AIA 35 U.S.C. § 120, a patent may claim priority to a provisional application so long as the provisional application satisfies "the first paragraph of section 112 of this title."

Insert in lieu thereof the following:
Under pre-AIA 35 U.S.C. §§ 119 and 120, a patent may claim priority to an earlier application so long as the earlier application satisfies the first paragraph of § 112. *See In re Gosteli*, 872 F.2d 1008, 1010 (Fed. Cir. 1989)

("Under section 119, the claims set forth in a United States application are entitled to the benefit of a foreign priority date if the corresponding foreign application supports the claims in the manner required by section 112, ¶ 1.").